UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHANE FRANCIS UHT,                                                     :
                                                                       :
                          Plaintiff,                                   :
                                                                       :       22 Civ. 2143 (JPC)
            -v-                                                        :
                                                                       :       ORDER
KILOLO KIJAKAZI, Acting Commissioner of Social                         :
Security,                                                              :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 4, 2022, the Court issued an Order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Ona T. Wang. Dkt. 9. If either party did not consent, the Court requested a joint letter advising of this by April 18, 2022. *Id.* at 2. To date, the Court has not received any update from the parties. By May 2, 2022, the parties shall comply with the April 4 Order.

      SO ORDERED.

Dated: April 25, 2022
      New York, New York
                                                    JOHN P. CRONAN
                                                    United States District Judge