

April 28, 2022

**VIA ELECTRONIC CASE FILING ("ECF")**
The Honorable John P. Cronan, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, Courtroom 12D
New York, New York 10007

Re: **Shane Francis Uht v. Kilolo Kijakazi, Acting Commissioner of Social Security**
   **Index No.: 1:22-cv-02143-JPC**
   **Letter Motion Requesting Additional Time to Consent to the Appointment of Magistrate Judge Ona T. Wang to Conduct All Further Proceedings**

Dear Hon. Cronan:

Manhattan Legal Services ("MLS"), through the undersigned, is representing Plaintiff, Shane Francis Uht (hereinafter referred to as "Mr. Uht" or "Plaintiff") in the above-captioned matter. Please accept this correspondence in relation to the April 4, 2022, Order, wherein Your Honor requested that parties discuss whether we are willing to consent to the appointment of Magistrate Judge Ona T. Wang (hereinafter referred to as "Hon. Wang"), to conduct all further proceedings in the instant litigation. The undersigned apologizes for untimely notice to the Court regarding the April 4, 2022, Order. However, we respectfully wish to inform Your Honor that the undersigned had been away from the office for some time due to a request for a bereavement period. Therefore, the undersigned did not receive notice that the parties were required to consent prior to April 18, 2022.

Nevertheless, pursuant to the new Order, dated April 25, 2022, parties are required to inform the Court of our intentions related to the appointment of Hon. Wang, by May 2, 2022. However, we note that, to date, attorneys for Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (hereinafter referred to as "Commissioner" or "Defendant"), have not yet appeared in the instant matter. Therefore, at the risk of unfairly prejudicing Defendant, we kindly and respectfully request Your Honor expand the deadline, to a time and date that Your Honor deems fair and adequate, so that Defendant may appear in the action, and the parties be given an opportunity to confer about the directives in the April 25, 2022, Order.

**Manhattan Legal Services** | 40 Worth Street, Suite 606, New York, NY 10013
Phone: 646-442-3100 | Fax: 212-227-9798 | www.LegalServicesNYC.org
**Peggy Earisman**, Project Director



LSC — America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

Should Your Honor have any questions or concerns, please contact me either at (646)237-7769 or via electronic mail at gwilliams@lsnyc.org. Best wishes for continued good health during these uncertain times.

Thank Your Honor for Your Consideration to this request.

                          Respectfully Submitted,

                          **LEGAL SERVICES NYC**

                          _____
                          GERALD S. WILLIAMS
                          Manhattan Legal Services, Demand Justice
                          40 Worth Street, Suite 606
                          New York, New York 10013
                          Telephone: (646)237-7769
                          Facsimile: (646)237-7751
                          Email: gwilliams@lsnyc.org
                          *Attorneys for Plaintiff*

The Court grants the extension request.  If the Government appears before May 16, 2022, then the parties shall discuss by that date whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Ona T. Wang.  *See* Dkts. 9, 10.  If the Government has not appeared by that date, then plaintiff shall file a status letter by that date.

SO ORDERED.         _____
Date: April 29, 2022
        New York, New York  JOHN P. CRONAN
                                United States District Judge

Notice Sent to Defendant via electronic mail at: maria.fragassi@ssa.gov. Additional notice submitted at daniel.fogelman@ssa.gov.