**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SHANE FRANCIS UHT,

                Plaintiff,                22 **CIVIL** 2143 (OTW)

     -v-                                  **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 22, 2024, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's Cross Motion for Judgment on the Pleadings is DENIED, and the decision of the Commissioner of Social Security is REMANDED for further proceedings pursuant to 42 U.S.C. § 405(g). This case is hereby DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
           March 22, 2024

                                                   **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                         **BY:**   *K. Mango*

                                                      **Deputy Clerk**